IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **INDUSTRIAL ACCESS INC.** | CASE NO. 22-cv-626 |
| Plaintiff, | JUDGE JOHN L. SINATRA, JR. |
| v. | |
| **PRAETORIAN HOLDINGS GROUP LLC,** | |
| Defendant. | |

### NOTICE OF APPEARANCE OF JONATHON KORINKO ON BEHALF OF DEFENDANT PRAETORIAN HOLDINGS GROUP LLC

PLEASE TAKE NOTICE that the undersigned counsel, Jonathon Korinko, of the law firm Benesch, Friedlander, Coplan & Aronoff LLP, hereby enters his appearance as counsel of record for Defendant Praetorian Holdings Group, LLC ("Praetorian"). All pleadings, motions, notices, orders, and all other matter relating to this action should be served upon him at the address below or electronically through the Court's e-filing system.

Dated: November 8, 2022

Respectfully submitted,

*/s/ Jonathon Korinko*
Jonathon Korinko (*pro hac vice*)
Justin Lovdahl (*pro hac vice*)
Deana S. Stein (DS 5047)
**BENESCH, FRIEDLANDER,
 COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114
216-363-4500 Phone
216-363-4588 Facsimile
Email:  jkorinko@beneschlaw.com
            jlovdahl@beneschlaw.com
            dstein@beneschlaw.com
*Counsel for Defendant Praetorian Holdings Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2022 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Jonathon Korinko*
Jonathon Korinko
*Counsel for Defendant*
