IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **INDUSTRIAL ACCESS INC.** | CASE NO. 22-CV-626 |
| Plaintiff, | JUDGE JOHN L. SINATRA, JR. |
| v. | MAGISTRATE JUDGE MICHAEL J. ROEMER |
| **PRAETORIAN HOLDINGS GROUP LLC,** | |
| Defendant. | |

**DEFENDANT PRAETORIAN HOLDINGS GROUP LLC'S
NOTICE OF ITS LIMITED MOTION TO SEAL PORTIONS OF PLAINTIFF
INDUSTRIAL ACCESS INC.'S COMPLAINT AND EXHIBITS**

PLEASE TAKE NOTICE that, upon the accompanying Motion and Memorandum of Law in Support of limited Motion to Seal Portions of Plaintiff Industrial Access Inc.'s Complaint and Exhibits, Defendant Praetorian Holdings Group, LLC ("PHG"), by and through their undersigned counsel and pursuant to Loc. R. Civ. P. 5.3, hereby moves this Court before Honorable Judge John L. Sinatra, Jr., on a date and at a time to be designated by the Court, for an order sealing limited portions of Plaintiff Industrial Access Inc.'s ("Plaintiff") Complaint and accompanying Exhibit A. In support of this motion, PHG is submitting contemporaneously a memorandum in support. Plaintiff's counsel has stated that Plaintiff will not oppose PHG's Motion to Seal.

Dated: January 17, 2023                                Respectfully submitted,

*/s/ Justin M. Lovdahl*
Deana S. Stein (DS 5047)
Jonathon Korinko (*pro hac vice*)
Justin Lovdahl (*pro hac vice*)
**BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP**

        200 Public Square, Suite 2300  
        Cleveland, Ohio 44114  
        216-363-4500 Phone  
        216-363-4588 Facsimile  
        Email:  dstein@beneschlaw.com  
                   jkorinko@beneschlaw.com  
                   jlovdahl@beneschlaw.com  

*Counsel for Defendant Praetorian Holdings Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2023 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Justin M. Lovdahl*
Justin M. Lovdahl
*Counsel for Defendant*