IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **INDUSTRIAL ACCESS INC.,** | Case No. 22-cv-626 |
| Plaintiff, | |
| v. | JUDGE JOHN L. SINATRA, JR. |
| **PRAETORIAN HOLDINGS GROUP LLC,** | MAGISTRATE JUDGE MICHAEL J. ROEMER |
| Defendant. | |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the office location for the law firm, Benesch, Friedlander, Coplan & Aronoff LLP has moved and as a result, the new mailing address for Attorneys Deana S. Stein, Johnathon Korinko and Justin Lovdahl, counsel for Defendant Praetorian Holdings Group LLC, has changed to the following:

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114-1284

**PLEASE TAKE FURTHER NOTICE** that it is hereby requested that this Honorable Court, counsel, and all interested, direct any and all pleadings, correspondence and/or any other documents relative to this instant matter to the new address stated above. The phone number, fax number and e-mail address for undersigned counsel will remain the same.

This 18th day of August, 2023.

Respectfully submitted,

*/s/ Deana S. Stein*
Deana S. Stein (DS 5047)
Jonathon Korinko (*pro hac vice*)
Justin Lovdahl (*pro hac vice*)
**BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, OH 44114-1284
T: 216-363-4500; F: 216-363-4588
Email:  dstein@beneschlaw.com
            jkorinko@beneschlaw.com
            jlovdahl@beneschlaw.com

*Counsel for Praetorian Holdings Group LLC*