IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **INDUSTRIAL ACCESS INC.**<br>Plaintiff,<br><br>v.<br><br>**PRAETORIAN HOLDINGS GROUP LLC,**<br><br>Defendant. | Case No. 22-cv-626<br><br>JUDGE JOHN L. SINATRA, JR.<br><br>**STIPULATED DISMISSAL AND ORDER** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), and by agreement of all parties herein, Plaintiff Industrial Access, Inc. ("IA") and Defendant Praetorian Holdings Group LLC ("PHG") (collectively, the "Parties") hereby stipulate to the following:

1. The Parties have reached a settlement of this action.

2. The Parties' settlement has been documented in a certain Confidential Settlement Agreement and Mutual Release (the "Settlement Agreement"), which has been duly executed by IA and PHG.

3. The Parties stipulate and this Court orders that this Court shall and hereby does retain jurisdiction over this action to enforce the terms of the Settlement Agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994); and *Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

4. The Parties stipulate and this Court orders that, in the event of a default of the Settlement Agreement, this Court may enter a Consent Judgment Entry in accordance with the terms of the Settlement Agreement.

5. IA and PHG hereby dismiss with prejudice and without costs this action and any and all claims that either has asserted against each other in this action, subject to the Court's

retention of jurisdiction to enforce the terms of the Settlement Agreement and allowing the Parties to submit additional filings to enforce the terms of the Settlement Agreement and any Consent Judgment Entry as agreed to by the Parties.

IT IS SO ORDERED, ADJUDGED AND DECREED.

_____
The Hon. John L. Sinatra
United States District Court Judge

4-18-2024

AGREED AND CONSENTED TO:

Dated: April 17, 2024

___/s/Aaron Knights_____
**RUPP PFALZGRAF LLC**
Aaron W. Knights, Esq.
1600 Liberty Building
Buffalo, New York 14202
(716) 854-3400
knights@rupppfalzgraf.com
*Attorneys for Plaintiff*

___/s/ Jonathon Korinko_____
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
Jonathon J. Korinko (*Pro Hac Vice*)
127 Public Square, Suite 4900
Cleveland, OH 44114
Tel: (216) 363-4500
Fax: (216) 363-4588
E-mail: jkorinko@beneschlaw.com
*Attorneys for Defendant*

16153270